IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **HARTFORD INSURANCE CO.** | **PLAINTIFF** |
| VS. | **4:05CV01010-WRW** |
| **ALGENE BERRY, CONSTANCE BUTLER,** | |
| **SCOTT HAMILTON, VIOLA HAMILTON,** | |
| **DELLA SMITH, KRYSTAL RICE, LEISIA SAMPSON** | |
| **and ANNIE NICHOLS** | **DEFENDANTS** |

## ORDER

Pending is Defendants Leisia Sampson and Annie Nichols' Motion to Withdraw[1] their previous Motion to Disburse Proceeds.[2] Also pending is a Motion to Distribute Proceeds[3] filed by Defendants Algene Berry, Constance Butler, Viola Hamilton, Della Smith, and Crystal Rice.

The Parties have come to an agreement to distribute the disputed funds and have submitted a Consent Order consistent with their agreement. In view of this, the Motion to Withdraw is GRANTED, and the Motion to Distribute Proceeds filed by Leisia Sampson and Annie Nichols is WITHDRAWN; the Motion to Distribute Proceeds filed by the remaining defendants is DENIED as MOOT.

IT IS SO ORDERED this 14th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 27.

[2] Doc. No. 23.

[3] Doc. No. 26.